PAMELA DAVIS, KEVIN DAVIS AND CORNERSTONE KIDS DAY SCHOOL AND CHILDREN MINISTRIES, INC. D/B/A CORNERSTONE KIDS DAY SCHOOL AND CHILDREN MINISTRIES,

Appellants,

v.

FLORIDA DEPARTMENT OF HEALTH, BUREAU OF CHILD CARE FOOD PROGRAMS,

Appellee.

IN THE DISTRICT COURT OF APPEAL FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1727

_____/

Opinion filed February 11, 2015.

An appeal from an order from the Department of Health.
Kathy Gatzlaff, Administrative Review Official.

Neil L. Henrichsen of Henrichsen Siegel, PLLC, Jacksonville, for Appellants.

Laura L. Glenn, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

LEWIS, C.J., CLARK, and MARSTILLER, JJ., CONCUR.